# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: SYNGENTA AG MIR162 CORN LITIGATION** | Master Case No. 2:14-md-02591-JWL-JPO |
| **This Document Relates To:** *Moll v. Syngenta Corporation, et al.,* Case No. 14-2497-JWL-TJJ | MDL NO. 2591 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Dan Moll, by and through his attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses all claims against Defendants without prejudice. In support, Plaintiff states that Defendants have not filed an Answer or a Motion for Summary Judgment.

Dated: June 12, 2015                    Respectfully submitted,

**WALTERS BENDER STROHBEHN & VAUGHAN, P.C**.

By: */s/ Thomas V. Bender*
Thomas V. Bender – KS Bar No. 22860
2500 City Center Square
1100 Main Street
Kansas City, MO 64105
Tel: 816-421-6620
Fax: 816-421-4747
tbender@wbsvlaw.com

ATTORNEYS FOR PLAINTIFF DAN MOLL

## **CERTIFICATE OF SERVICE**

      I certify that on this 12th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ *Thomas V. Bender*
      Attorney for Dan Moll